# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>) | **JUDGE DAN A. POLSTER** |
| Plaintiff, )<br>vs. ) | **CASE NO. 4:10CR279-1** |
| **DANIEL C. OTT, SR.,** )<br>) | |
| Defendant. ) | **Notice of Hearing**<br>**(SUMMONS)** |

**TAKE NOTICE** that the above-named defendant is hereby SUMMONED appear for a SUPERVISED RELEASE VIOLATION HEARING at **1:00 p.m., on Monday, June 13, 2015,** in **Courtroom 18B**, U.S. Courthouse, 801 W. Superior Ave., Cleveland, Ohio, before the Honorable Dan A. Polster.

                                                                            GERI M. SMITH
                                                                               Clerk of Court

                                          By   */s/Katherine King   5/24/2016*
                                                           Katherine King
                                                           Deputy Clerk
                                                        (216) 357-7192